FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 09 2013

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

METT-T, LLC                                                    **PLAINTIFF**

vs.                              CASE NO. 4:13CV15-Suww

MARYLAND CASUALTY COMPANY                                      **DEFENDANT**

This case assigned to District Judge _____
and to Magistrate Judge _____

## NOTICE OF REMOVAL

Defendant, Maryland Casualty Company, in support of its Notice of Removal of the above-captioned action to the United States District Court for the Eastern District of Arkansas from the Circuit Court of Pulaski County, Arkansas, respectfully submits that:

1.      On or about December 14, 2012, Plaintiff filed a Summons and Complaint in the action captioned *METT-T, LLC v. Maryland Casualty Company,* Case No. 60-CV-12-5978 in the Circuit Court of Pulaski County.  Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint are attached hereto as "Exhibit A."

2.      This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b).

3.      Upon information and belief, at the time of the commencement of this action and through the present time, Plaintiff, METT-T, LLC, is organized in Pulaski County, Arkansas, and is headquartered in the State of Arkansas.

4.      Defendant, Maryland Casualty Company is an Illinois corporation with its principle place of business located in the State of Illinois.

5.      As indicated by the "Wherefore" clause contained and set forth therein, Plaintiff intends to seek compensatory and other damages totaling an amount in excess of the minimum jurisdictional requirements for federal court.  Accordingly, Plaintiff's Complaint establishes that

the amount in controversy in this action, exclusive of interest and costs, exceeds the sum or value of $75,000.

6.     Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that this action is civil in nature; the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs; and diversity of citizenship exists between the parties.

7.     Removal of this case is proper pursuant to 28 U.S.C. § 1441(a) because the court has original federal jurisdiction pursuant to 28 U.S.C. § 1332, and it is an action of a civil nature founded on a claim between parties of different states.

8.     Written notice of the filing of the Notice of Removal will be given to the adverse party as required by law.

9.     Pursuant to 28 U.S.C. §1446(d), a copy of the Notice of Removal is being served on the Plaintiff and filed with the Circuit Court of Pulaski County.

WHEREFORE, Defendant respectfully removes this action from the Circuit Court of Pulaski County to the United States District Court for the Eastern District of Arkansas, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441.

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR  72201
(501) 688-8800

By

Stuart P. Miller
AR Bar No.  88137
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Stuart P. Miller, hereby certify that a true and correct copy of the above and foregoing was served on the following, via U.S. Mail, postage prepaid, this 7th day of January, 2013:

Chris H. Stewart
Stewart Law Firm
904 Garland Street
Little Rock, AR 72201

Stuart P. Miller

ELECTRONICALLY FILED
2012-Dec-14  13:28:10
60CV-12-5978

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
___ DIVISION

                                                              PLAINTIFF

METT-T, LLC

                           CASE NO. _____

VS.

                                                              DEFENDANT

MARYLAND CASUALTY COMPANY

## COMPLAINT

COMES NOW, Mett-T, by and through his attorney, the Stewart Law Firm, and for his

Complaint against Maryland Casualty Company states as follows:

1.     The Plaintiff is an LLC organized in Pulaski County, Arkansas.

2.     The Defendant is an insurance company doing business in Arkansas and

contracting with Arkansas residents.  The Defendant's principle place of business is located at

1400 American Lane, Schaumburg, IL 60196.

3.     This Court has jurisdiction of the parties and subject matter herein, and venue is

proper in Pulaski County.

## FACTS

4.     That at all times relevant to the facts of this Complaint the Plaintiff was a holder

of a commercial property and general liability insurance policy purchased from the Defendant

with policy number PAS 04785384.  Please see Exhibit A.

5.     The Plaintiff had insurance coverage for commercial property and general

liability.

6.     The Plaintiff had paid all premiums and had a valid contract with the Defendant

for insurance coverage.

7.     On July 7, 2012, the Plaintiff suffered a loss at its retail location when one of its

trailers was stolen which was loaded with retail products.

8.    The items in the trailers included retail items: Please see Exhibit B.

9.    The retail value of the items totaled $33,884.68.

10.    The Plaintiff suffered a loss of sales by not being able to sell those items.

11.    The Plaintiff submitted a claim to the Defendant to cover the loss.

12.    As of December 14, 2012, the Defendant has not covered the Plaintiff's loss.

## BREACH OF CONTRACT

13.    Plaintiff restates and reasserts each and every allegation from the preceding paragraphs.

14.    The Plaintiff's first cause of action is for breach of contract.

15.    That the Defendant has breached its contract with the Plaintiff not covering the Plaintiff's loss associated with a legal and valid claim against policy number PAS 04785384. Please see Exhibit A.

16.    At the time of the accident the Plaintiff had paid all premiums and had a valid contract with the Defendant for insurance coverage.

17.    The Plaintiff has suffered damages.

## BAD FAITH

18.    Plaintiff restates and reasserts each and every allegation from the preceding paragraphs.

19.    The Defendants have not covered the Plaintiff loss in bad faith.

20.    That the Defendant's misconduct was dishonest, malicious, and oppressive without a good faith defense, to avoid liability on the claim resulting from the injuries suffered by the Plaintiff at no fault of his own.

21.     That the Defendant's actions constitute the tort of bad faith.  *See generally* Cincinnati Life Ins. Co. v. Mickles, 148 S.W. 3d 768, 85 Ark. App. 188 (2004).  Under Arkansas law an insurance company commits the tort of bad faith when it affirmatively engages in dishonest, malicious, or oppressive conduct in order to avoid a just obligation to its insured. *State Auto Prop. & Cas. Ins. Co. v. Swaim*, 338 Ark. 49, 1999 Ark. LEXIS 308 (Ark., June 10, 1999, Opinion delivered ).

22.     The Defendant has affirmatively engaged in dishonest, malicious, or oppressive conduct in order to avoid a just obligation to its insured.  Therefore, the Defendants have committed bad faith and the Plaintiff has suffered damages.

23.     That the Plaintiff has been damaged by the actions proximately caused by the Defendant.

## DAMAGES

24.     Plaintiff restates and reasserts each and every allegation from the preceding paragraphs.

25.     That as a result of the Defendant's bad faith and breach of contract, the Plaintiff has sustained damages.

26.     That the Plaintiff is entitled to an additional twelve percent (12%) of his compensatory damages under A.C.A. § 23-79-208.

27.     That the Plaintiff is entitled to a reasonable attorney's fee under A.C.A. § 23-79-208.

28.     That the Defendant should be assessed punitive damages for their bad faith tort.

29.     That the Plaintiff is entitled to pre-judgment and post-judgment interest on his damages.

30.    The Plaintiff requests a jury trial.

WHEREFORE, Plaintiffs pray this Court award him damages for the claims of breach of contract and bad faith against the Defendant in the form of compensatory, special and punitive damages for his attorney's fees and costs in amounts of more than $75,000.00, and for all other just and equitable relief to which he may be entitled.

RESPECTFULLY SUBMITTED

Chris H. Stewart (AR Bar No. 03-222)
Attorney for Plaintiff
STEWART LAW FIRM
904 Garland Street
Little Rock, AR 72201
(501) 353-1364
(501) 353-1263 (fax)
Email: arklaw@comcast.net

20187



**ZURICH**

# MARYLAND CASUALTY COMPANY
### ADMINISTRATIVE OFFICES
### 1400 AMERICAN LANE
### SCHAUMBURG, ILLINOIS 60196

## PRECISION PORTFOLIO POLICY

For

METT-T
AARON FARMER
708 TOWNE OAKS DRIVE
LITTLE ROCK AR 72227

By

CHEROKEE CAPITAL, INC. DBA HOBSON INSURANCE
PO BOX 251
HOBSON MT 59452-0251

In witness whereof, the Company has executed this policy and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative.

*Nancy D. Mueller*

President

*D___J Kemp*

Secretary



PLAINTIFF'S
EXHIBIT
**A**

SSS217 Ed. 12-09

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 04785384 | 02397396 | M020027084-001-00001 | NONE |

BRANCH Z7 ARIZONA OFFICE     RENEWAL EFF 06/01/2012

20168



**ZURICH**

# MARYLAND CASUALTY COMPANY
## COMMON POLICY DECLARATIONS
## PRECISION AMERICA
## RETAIL PROGRAM

This policy consists of the declarations as well as the coverage forms and endorsements listed on the Forms and Endorsements Applicable List.

**NAMED INSURED AND MAILING ADDRESS**

WETT-T
AARON FARRIER
708 TOWNE OAKS DRIVE
LITTLE ROCK AR 72227

**AGENCY NAME AND SERVICING ADDRESS**

CHEROKEE CAPITAL, INC. DBA HOBSON INSURANCE
PO BOX 251
HOBSON MT 59452-0251
(406) 423-5428

**BRANCH NAME AND SERVICING ADDRESS**

ARIZONA OFFICE
P.O. BOX 10197
JACKSONVILLE, FL 32247-0197

**POLICY PERIOD**

| FROM | TO |
|------|-----|
| 06/01/2012 | 06/01/2013 |
| 12:01 a.m. | 12:01 A.M. |

Standard Time At Your Mailing Address Shown Above

**BUSINESS ENTITY:** CORPORATION
**BUSINESS DESCRIPTION:** SPORTING GOODS

## POLICY PREMIUMS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

                                       **PREMIUM**

| | |
|---|---|
| COMMERCIAL PROPERTY AND GENERAL LIABILITY | $ 4,350.00 |
| PREMIUM SIZE CREDIT | $ 89.00- |
| TERRORISM PREMIUM | $ 87.00 |
| **TOTAL ANNUAL PREMIUM** | $ 4,348.00 |

Countersigned by _____

                Authorized Representative               Date

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001
Copyright, Zurich American Insurance Company 2004

04/26/2012

COMMON            INSURED'S COPY            U-CL-D-100-A CW (06-04)

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 04785384 | 02397398 | M020027084-001-00001 | NONE |

BRANCH Z7 ARIZONA OFFICE  RENEWAL EFF 06/01/2012

20170



# ZURICH

## SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA
## RETAIL PROGRAM

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| COMMON<br><br>U-CL-D-100-A CW     0604 | COMMON POLICY DECLARATIONS<br>RETAINED MINIMUM PREMIUM<br>Commercial Property & Commercial General Liability — $100 |
| | |
| | |
| | |
| | |

04/26/2012
U-CL-D-101-A CW (08/04)

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 04785384 | | 02397398 | | M020027084-001-00001 | NONE |

0171

BRANCH 27 ARIZONA OFFICE                                    RENEWAL EFF 06/01/2012



## PRECISION PORTFOLIO POLICY
## COMMERCIAL PROPERTY DECLARATIONS

### PRECISION AMERICA
### RETAIL PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

For descriptions of premiums, see the attached buildings and personal property schedule.

Insurance at the described premises applies only for coverage for which a limit of insurance is shown. These may be found in this declarations and the attached schedules.

| PRIMARY PROPERTY COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| SCHEDULED BUILDINGS | $1,000 | SEE SCHEDULE |
| AUTOMATIC BUILDING INCREASE | NONE | 2.5% OF LIMITS |
| SCHEDULED PERSONAL PROPERTY | $1,000 | SEE SCHEDULE |
| PEAK SEASON PERSONAL PROPERTY INCREASE | NONE | 50% OF LIMIT |

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| ACCOUNTS RECEIVABLE* | NONE | $25,000 |
| ANTENNAE AND SATELLITES* | $1,000 | $1,000 |
| BI & EE – DEPENDENT PROPERTIES – 30 DAYS | NONE | ACTUAL LOSS SUSTAINED |
| BI & EE – NEWLY ACQUIRED PROPERTIES – 180 DAYS | NONE | $250,000 |
| LOSS OF BUSINESS INCOME (BI) AND EXTRA EXPENSE (EE) – 12 MOS | NONE | ACTUAL LOSS SUSTAINED |
| DEBRIS REMOVAL – EACH LOCATION | NONE | $10,000 |
| DEFERRED PAYMENTS | NONE | $5,000 |
| EDP EQUIPMENT AND MEDIA – BLANKET* | $1,000 | $10,000 |
| EMPLOYEE DISHONESTY* | NONE | $10,000 |
| FINE ARTS – BLANKET* | $1,000 | $10,000 |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $10,000 |
| FIRE EXTINGUISHING EQUIPMENT RECHARGE | NONE | $1,000 |
| FORGERY OR ALTERATION* | NONE | $10,000 |
| FREE-STANDING FENCES & WALLS* | $1,000 | $2,500 |

* The limits for these coverages may be increased. Contact your agent.

COMMERCIAL PROPERTY

951016 Ed. 3-00                        INSURED'S COPY                        04/26/2012

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 04785384 | | 02397398 | | M020027084-001-00001 | NONE |

20172

BRANCH Z7 ARIZONA OFFICE                                    RENEWAL EFF 06/01/2012



## ZURICH

### PRECISION PORTFOLIO POLICY
### COMMERCIAL PROPERTY DECLARATIONS
### PRECISION AMERICA
### RETAIL PROGRAM

| ADDITIONAL COVERAGES - CONTINUED | DEDUCTIBLE | LIMITS |
|---|---|---|
| INSTALLATION* | $1,000 | $2,500 |
| INVENTORY AND APPRAISAL | NONE | $5,000 |
| LEASEHOLD INTEREST* | NONE | $10,000 |
| LOCK AND KEY REPLACEMENT | NONE | $1,000 |
| MONEY & SECURITIES – INSIDE THE PREMISES/OUTSIDE THE PREMISES* | NONE | $10,000/ $2,500 |
| MONEY ORDERS & COUNTERFEIT CURRENCY – $1,000 MAX. EACH ITEM | NONE | $5,000 |
| NEWLY ACQUIRED OR CONSTRUCTED BUILDINGS – 180 DAYS | $1,000 | $500,000 |
| OFF-PREMISES POWER OR WATER FAILURE* | $1,000 | $10,000 |
| PATTERNS, DIES & MOLDS* | $1,000 | $5,000 |
| PERSONAL EFFECTS AND PERSONAL PROPERTY OF EMPLOYEES | $1,000 | $2,500 |
| PERSONAL PROPERTY AT NEWLY ACQUIRED OR CONST. BLDGS. – 180 DAYS | $1,000 | $250,000 |
| PERSONAL PROPERTY AT OTHER LOCATIONS (INCLUDING EXHIBITIONS)* | $1,000 | $25,000 |
| PERSONAL PROPERTY IN TRANSIT* | $1,000 | $2,500 |
| POLLUTION CLEAN-UP AND REMOVAL – EACH LOCATION | $1,000 | $10,000 |
| SALESPERSONS SAMPLES – $2,500 MAX. EACH EMPLOYEE | $1,000 | $10,000 |
| SIGNS* | $1,000 | $5,000 |
| SPOILAGE* | $1,000 | $5,000 |
| TOOLS & EQUIPMENT INCLUDING COMMUNICATION DEVICES – BLANKET* | $1,000 | $5,000 |
| TREES, SHRUBS, PLANTS AND LAWNS – $1,000 MAX. EACH ITEM | $1,000 | $10,000 |
| UNAUTHORIZED BUSINESS CARD USE – $1,000 MAX. PER OCCURRENCE | NONE | $5,000 |
| VALUABLE PAPERS & RECORDS* | NONE | $25,000 |
| | | |
| | | |
| | | |
| | | |

\* The limits for these coverages may be increased. Contact your agent.

Mortgagees and Loss Payees are listed on the Commercial Property Supplemental Declarations by building.

COMMERCIAL PROPERTY

981016 Ed. 3-00                          INSURED'S COPY                          04/26/2012

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|---------------|-------|
| . D | PAS 04785384 | | 02397398 | | M020027084-001-00001 | NONE |

BRANCH   Z7  ARIZONA OFFICE                                    RENEWAL EFF 08/01/2012



# ZURICH

## PRECISION PORTFOLIO POLICY
## BUILDINGS AND PERSONAL PROPERTY SCHEDULE
## PRECISION AMERICA

| LOCATION: 01 BUILDING #: 01  706 TOWNE OAKS DR | LITTLE ROCK | AR  72227-6214 |
|---|---|---|

PREMISES PRIMARY
OCCUPANCY: SPORTING GOODS
INSURED'S INTEREST: OWNER
CONSTRUCTION: MASONRY NON-COMBUSTIBLE                      PROTECTION CLASS: 002

|  | | DEDUCTIBLE | LIMIT |
|---|---|---|---|
| SCHEDULED BUILDINGS | REPLACEMENT COST | $1,000 | $507,080 |
| SCHEDULED PERSONAL PROPERTY | REPLACEMENT COST | $1,000 | $303,260 |
| FULL GLASS BREAKAGE | | $1,000 | INCLUDED |
| BACK-UP OF SEWERS & DRAINS | | $1,000 | $25,000 |
| EQUIPMENT BREAKDOWN | | $1,000 | INCLUDED |
| BUILDING ORDINANCE OR LAW  COVERAGE 'A' | | NONE | INCLUDED |
| BUILDING ORDINANCE OR LAW - COVERAGES 'B' AND 'C' (BLANKET) | | NONE | $50,000 |
| LIMITED COVERAGE FOR FUNGI, WET ROT, DRY ROT AND BACTERIA | | | $15,000 |

PROTECTIVE DEVICES CONDITION APPLIES TO:

COMMERCIAL PROPERTY
SS1017 E4 9-01                        INSURED'S COPY                        04/26/2012

2. 2. 1

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 04755384 | | 02387398 | | M020027084-001-00001 | NONE |

| BRANCH | ARIZONA OFFICE | RENEWAL EFF 08/01/2012 |
|--------|----------------|------------------------|



# ZURICH

## PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
### PRECISION AMERICA

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| 9S1001        0499 | LOSS PAYEE: |
| | LOCATION #: 001    BUILDING #: 001 |
| | MICKEY SMITH |
| | 7023 RUTH ANN |
| | LITTLE ROCK        AR 72203      LOAN #: |

COMMERCIAL PROPERTY

9S5008 Ed. 3-00

INSURED'S COPY

04/26/2012

2. 3. 1

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 04785384 | | 02397396 | | M020027084-001-00001 | NONE |

BRANCH 27 ARIZONA OFFICE                                    RENEWAL EFF 06/01/2012



**ZURICH**

### PRECISION PORTFOLIO POLICY
### COMMERCIAL GENERAL LIABILITY DECLARATIONS
### PRECISION AMERICA
### RETAIL PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

#### COVERAGES AND LIMITS OF INSURANCE

Some of these coverages are sublimits or are subject to aggregate limits. Refer to your policy to determine how they apply.

| | |
|---|---|
| GENERAL AGGREGATE | $4,000,000 |
| PRODUCTS AND COMPLETED OPERATIONS AGGREGATE | $4,000,000 |
| EACH OCCURRENCE | $2,000,000 |
| TENANTS LEGAL LIABILITY | $2,000,000 |
| MEDICAL EXPENSES - EACH PERSON | $ 10,000 |
| PERSONAL INJURY AND ADVERTISING INJURY | $2,000,000 |
| HIRED AND NON-OWNED AUTOMOBILE LIABILITY | $1,000,000 |

COMMERCIAL GENERAL LIABILITY

552009 Ed. 3-00                    INSURED'S COPY                    04/26/2012

3.1.1

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 04785384 | | 02397395 | | MO20027084-001-00001 | NONE |

BRANCH Z7 ARIZONA OFFICE                                 RENEWAL EFF 06/01/2012

20176



**ZURICH**

### PRECISION PORTFOLIO POLICY
### COMMERCIAL GENERAL LIABILITY DECLARATIONS
### (CONTINUED)
### PRECISION AMERICA
### RETAIL PROGRAM

---

**EXCLUSIONS AND LIMITATIONS**

ABSOLUTE ASBESTOS EXCLUSION
VIOLATION OF COMMUNICATION OR INFORMATION LAW EXCLUSION – LIABILITY
FUNGUS EXCLUSION

---

COMMERCIAL GENERAL LIABILITY

952009 E4 2-00                    INSURED'S COPY                    04/26/2012

3.1.2

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 04786384 | | 0239739B | | M020027084-001-00001 | NONE |

10177

BRANCH Z7  ARIZONA OFFICE          RENEWAL EFF 06/01/2012



# PRECISION PORTFOLIO POLICY
## COMMERCIAL GENERAL LIABILITY SCHEDULE
### PRECISION AMERICA

| LOC # | CLASS CODE | LOCATION ADDRESS (IF APPLICABLE) CLASSIFICATION NAME | RATING BASIS | ANNUAL EXPOSURE |
|-------|-----------|------------------------------------------------------|--------------|-----------------|
| 01 | | 708 TOWNE OAKS DR<br>LITTLE ROCK       AR<br>ZIP CODE:      72227-6214 | | |
| | 59412 | SPORTING GOODS | NOT APPLICABLE | INCLUDED |

COMMERCIAL GENERAL LIABILITY

952009 Ed. 3-00            INSURED'S COPY           04/26/2012

3. 2. 1

20178

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies provisions in the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence", offense, claim or "suit", the Limits of Insurance under all the Coverage Forms or policies applicable to such "occurrence", offense, claim or "suit" shall not exceed the highest applicable Limits of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or affiliated company specifically to apply as excess insurance over this Coverage Form.

Includes copyright material of Insurance Services Office, Inc.
Copyright, Insurance Services Office, Inc., 1994, 1997

9S2324 Ed. 09-02

COMMERCIAL GENERAL LIABILITY
CG 01 42 07 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Pursuant to Arkansas Code Section 23-79-155:

A. The definition of "occurrence" includes faulty workmanship; and

B. The definition of "occurrence" required by this section of Arkansas law does not serve to limit or restrict the applicability of any exclusion for "bodily injury" or "property damage" under this Coverage Part.

© Insurance Services Office, Inc., 2011

CG 01 42 07 11

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|--------------|----|----------------|----|--------------| ------|
| 20180 | D | PAS 04785384 | | 02397388 | | M020027084-001-00001 | NONE |

BRANCH  ARIZONA OFFICE                                    RENEWAL EFF 08/01/2012



# PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### MARYLAND CASUALTY COMPANY

| FORM NUMBER | | PROP | LIAB | AUTO | MISC | FORM OR ENDORSEMENT NAME |
|-------------|------|------|------|------|------|--------------------------|
| 9SS008 | 0300 | X | | | | SUPPLEMENTAL DECLARATIONS |
| 9SS293 | 0207 | X | X | | | ARKANSAS CHANGES-CANCELLATION AND NONRENEWAL |
| 9S1016 | 0300 | X | | | | PROPERTY DECLARATION |
| 9S1017 | 0601 | X | | | | BUILDING AND PERSONAL PROPERTY SCHEDULE |
| 9S1001 | 0499 | X | | | | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| 9S1220 | 0701 | X | | | | EXCLUSION FOR SOFTWARE AND DATA-RELATED LOSSES |
| 9S2102 | 0601 | | X | | | ELECTRONIC DATA LIABILITY AMENDMENT ENDORSEMENT |
| 9S1052 | 0499 | X | | | | PROPERTY CHANGES |
| 9S1002 | 1092 | X | | | | CRIME COVERAGE FORM |
| 9S1103 | 0302 | X | | | | GLASS AMENDATORY ENDORSEMENT |
| CP0299 | 1185 | X | | | | CANCELLATION CHANGES |
| 9S2008 | 0300 | | X | | | COMMERCIAL GENERAL LIABILITY DECLARATIONS |
| 9S2009 | 0300 | | X | | | COMMERCIAL GENERAL LIABILITY SCHEDULE |
| 9S2001 | 0499 | | X | | | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0062 | 1202 | | X | | | WAR LIABILITY EXCLUSION |

* These forms are attached. Remaining forms were attached to a previous copy of the policy.

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|----------------| ------|
| 20181 D | PAS 04785384 | | 0239739B | | M020027084-001-D0001 | NONE |

BRANCH  ARIZONA OFFICE                                    RENEWAL EFF 06/01/2012


# ZURICH

## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### MARYLAND CASUALTY COMPANY
#### (CONTINUED)

| FORM NUMBER | PROC | UMB | ASSO | IBBE | FORM OR ENDORSEMENT NAME |
|-------------|------|-----|------|------|--------------------------|
| 9S2092 | 0499 | | X | | | PREMIUM AUDIT WAIVER |
| 9S2345 | 0104 | | X | | | PERSONAL AND ADVERTISING INJURY REDEFINED |
| CG0142 | 0711 | | X | | | ARKANSAS CHANGES |
| 9S2002 | 0196 | | X | | | HIRED AUTO AND NON-OWNED AUTO LIABILITY |
| 9S2324 | 0902 | | X | | | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| 15153 | 0803 | X | X | | | ABSOLUTE ASBESTOS EXCLUSION |
| CG0057 | 0999 | | X | | | AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE |
| U-GL-1171-A-CW | 0703 | | X | | | FUNGI OR BACTERIA EXCLUSION ENDORSEMENT |
| U-GL-1198-A-CW | 0204 | | X | | | VIOLATION OF COMMUNICATION OR INFORMATION LAW EXCLUSION |
| 9S1122 | 0110 | X | | | | LIMITED COVERAGE FOR FUNGI, WET ROT, DRY ROT AND BACTERIA |
| CG2147 | 0798 | | X | | | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2644 | 1195 | | X | | | ARKANSAS CHANGES - NONBINDING ARBITRATION |

\* These forms are attached. Remaining forms were attached to a previous copy of the policy.

COMMON

9S5009 ED. 3-00                        INSURED'S COPY                        04/26/2012

6. 1. 2

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|---|---|---|---|---|
| 0 | PAS 04785384 | 02397396 | MO20027084-001-00001 | NONE |

BRANCH Z7 ARIZONA OFFICE — RENEWAL EFF 06/01/2012

20182



ZURICH

## FORMS AND ENDORSEMENTS APPLICABLE LIST

## MARYLAND CASUALTY COMPANY

| | FORM NUMBER | | FORM OR ENDORSEMENT NAME |
|---|---|---|---|
| | **COMMON** | | |
| * | U-GU-630-C | 12-07 | DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT |
| * | U-GU-767-A CW | 01-08 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| * | 740275 | 05-02 | RETAIL JACKET |
| * | 9S5217 | 12-09 | POLICY COVER PAGE - MARYLAND CASUALTY COMPANY |
| | 9S5014 | 03-00 | POLICY INDEX - PROPERTY AND LIABILITY COVERAGE PARTS |
| * | U-CL-D-100-A CW | 06-04 | COMMON POLICY DECLARATIONS |
| * | U-CL-D-101-A CW | 06-04 | SUPPLEMENTAL DECLARATIONS |
| | ILD017 | 11-98 | COMMON POLICY CONDITIONS |
| | IL 01 99 | 09-08 | ARKANSAS CHANGES - TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| | IL 02 31 | 09-08 | ARKANSAS CHANGES - CANCELLATION AND NONRENEWAL |
| | IL 01 63 | 09-07 | ARKANSAS CHANGES |
| | IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

*THESE FORMS ARE ATTACHED. REMAINING FORMS WERE ATTACHED TO A PREVIOUS COPY OF THE POLICY.

9C0010 Ed. 06-04      INSURED'S COPY      04/26/2012



# Advisory notice to policyholders regarding the
# U.S. Treasury Department's Office of Foreign Assets Control
# ("OFAC") regulations

No coverage is provided by this policyholder notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided.

This notice provides information concerning possible impact on your insurance coverage due to directives issued by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

**Please read this Notice carefully.**

OFAC administers and enforces sanctions policy based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons." This list can be located on the United States Treasury's web site – http://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC restrictions. When an insurance policy is considered to be such a blocked or frozen contract, no payments or premium refunds may be made without authorization from OFAC. Other limitations on premiums and payments also apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-GU-1041-A (03/11)
Page 1 of 1



**ZURICH**®

THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.
# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:

**87.00**

\* Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

### A.  Disclosure of Premium
In accordance with the federal Terrorism Risk In-surance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from ter-rorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

### B.  Disclosure of Federal Participation in Pay-ment of Terrorism Losses
The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the insurer retention. The insurer retention equals 20% of the insurer's prior calendar year direct earned premium associated with lines of insurance subject to TRIA. TRIA is scheduled to expire on December 31, 2014.

### C.  Disclosure of $100 Billion Cap on All Insurer and Federal Obligations
If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a Program Year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

### D.  Availability
As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

### E.  Definition of Act of Terrorism under TRIA
TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:
1.  to be an act of terrorism;
2.  to be a violent act or an act that is dangerous to human life, property or infrastructure;
3.  to have resulted in damage within the United States, or outside of the United States in the case of  an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
4.  to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2007 Zurich American Insurance Company
Includes copyrighted material of ISO Properties, Inc. with its permission.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM



ZURICH®

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| METT-T<br>AARON FARMER | PAS 04785384 | 06/01/2012 | |

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies your insurance:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

**A.      Cap on Losses From Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act ("TRIA"). The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1.      to be an act of terrorism;

2.      to be a violent act or an act that is dangerous to human life, property or infrastructure;

3.      to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4.      to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**B.      Application of Other Exclusions**

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

Copyright © 2008 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**ZURICH**®

## IMPORTANT POLICYHOLDER INFORMATION
## (Arkansas)

Inquiries concerning your policy should be directed to your insurance agent or to our "policyholder/customer service" unit. The name, address and telephone number of your agent, if one is involved, and the address of our "policyholder/customer service" unit are shown on the policy and/or in the material accompanying the policy.   The telephone number for our "policyholder/customer service" unit is:

**800-800-3907**

If you require additional information you may contact the Arkansas Insurance Department at either the following address or phone number:

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201-1904
Telephone: 1-800-852-5494

Includes copyrighted material of Uniform Information Services, Inc., with its permission.

# 2009 Covered Trailer

| Quality | Item | Cost | Total | |
|---|---|---|---|---|
| 1 | 2009 Enclosed Trailer White (Lowes) | $ 3,200.00 | $ 3,200.00 | |
| 2 | Stalker DSR2 radar | $ 1,900.00 | $ 3,800.00 | |
| 2 | Decauter HH Radar | $ 1,215.00 | $ 2,430.00 | |
| 1 | Decauter G2 radar | $ 1,800.00 | $ 1,800.00 | |
| 5 | apex Light bars (soundoff) | $ 1,023.87 | $ 5,119.35 | |
| 300 | Wire Connectors | $ 0.47 | $ 141.00 | |
| 500 | More wire Connectors | $ 0.33 | $ 165.00 | |
| 1 | Dewalt Drill Combo Set | $ 600.00 | $ 600.00 | |
| 1 | Vacume Dison Yellow | $ 329.99 | $ 329.99 | |
| 1 | Swamp Fan Port-a-cool 24" | $ 1,799.99 | $ 1,799.99 | |
| 2 | Gun show Display Stands | $ 400.00 | $ 800.00 | |
| 1 | Colored LED Display Sign for Shows | $ 1,300.00 | $ 1,300.00 | |
| 4 | Canvas 40 511 Bags Outbound | $ 240.00 | $ 960.00 | |
| 1 | POS System/ Quick books | $ 600.00 | $ 600.00 | |
| 1 | Datalogic Inventory Scanner 8300 | $ 939.00 | $ 939.00 | |
| 30 | Surefire Lights Various Models | | $ 3,961.00 | |
| 10 | Wire  Spools | $ 25.00 | $ 250.00 | |
| 1 | 511 trade show kit | $500.00 | $ 500.00 | Bag,Banners,table cloth |
| 15 | Acog (reproductions) Scopes Not original | $ 195.00 | $ 2,925.00 | |
| 5 | Sound off 380 MF Siren | $ 347.87 | $ 1,739.35 | |
| 5 | Sound Off Speaker | $ 105.00 | $ 525.00 | |
| | | | $ 33,884.68 | |

Shipping, taxes not incl

Incident # 2012-074571
501-918-3502
Officer Maurita Langley
Ryan  Pond  626-277-9183



PLAINTIFF'S EXHIBIT B