# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

METT-T, LLC       *

      *

      Plaintiff       *

      *

V.       *

      *       NO: 4:13CV00015  SWW

MARYLAND CASUALTY       *

COMPANY       *

      *

      Defendant

## <u>ORDER</u>

Before the Court is Plaintiff's motion to dismiss this case with prejudice.  Plaintiff reports that the matter has been fully resolved and settled.  IT IS THEREFORE ORDERED that Plaintiff's motion (docket entry #9) is GRANTED.  This action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 25TH  DAY OF OCTOBER, 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE